**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7544**

---

ELIJAH JEROME WHITE,

Petitioner - Appellant,

versus

WARDEN M. RIVERA,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Patrick Michael Duffy, District Judge.  (3:07-cv-01803-PMD)

---

Submitted:  January 17, 2008       Decided:  January 28, 2008

---

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Elijah Jerome White, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Jerome White, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>White v. Rivera</u>, No. 3:07-cv-01803-PMD (D.S.C. filed Sept. 21 & entered Sept. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -